*Messrs. Marcellus Green* and *Garner W. Green* for respondent.

No. 681. SHIP CONSTRUCTION & TRADING CO., INC. *v.* UNITED STATES. March 10, 1941. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Asbury Hayne de Yampert* and *Herbert M. Bingham* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Messrs. Melvin H. Siegel* and *Thomas E. Harris* for the United States.

No. 722. ADAMS, TRUSTEE, *v.* CITY BANK & TRUST CO. March 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. F. Baldwin Martin* for petitioner. *Mr. A. O. B. Sparks* for respondent.

No. 724. TROY-PARISIAN, INC. *v.* UNITED STATES EX REL. ADMINISTRATOR OF THE FEDERAL HOUSING ADMINISTRATION. March 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. O. A. Johannesen* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Mr. Melvin H. Siegel* for respondent.

No. 726. ANHEUSER-BUSCH, INC., ET AL. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. March 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Daniel N. Kirby, Allen C. Orrick,* and *Harry W. Kroeger* for petitioners. *Solicitor General Biddle* and *Messrs. Sewall Key, Richard H. Demuth,* and *Morton K. Rothschild* for respondent.